UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO.: 2:22-cr-75-TPB-KCD

JAMES BLANKS

**ORDER**

Before the court is Defendant's Motion to Vacate Order Granting Conditions of Release. (Doc. 40.) According to Defendant, his prior release order is now moot because he is incarcerated on an unrelated state charge. And vacating the release order is needed so he can be bounded over for these proceedings. The Government does not oppose Defendant's motion, and after considering the merits, the Court agrees the requested relief is appropriate.

Accordingly, it is now **ORDERED**:

1.      The Order Setting Conditions of Release as to James Blanks (Doc. 15) is **VACATED**.

2.      Either part may petition the Court for a *writ of habeas corpus* as needed for this matter to proceed.

**ENTERED** on March 23, 2023.

Kyle C. Dudek
United States Magistrate Judge